.
.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

JS 6

| | | | |
|---|---|---|---|
| Case No. | CV 10-159 DSF (AJWx) | Date | 3/26/10 |
| Title | Juan Carlos Zapata v. Recon Trust Company, N.A., et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order REMANDING Case to Superior Court of California, County of Ventura

  Removal jurisdiction in this case was based on the presence of a federal question. Plaintiff's first amended complaint – styled as a "first amended petition" – removes all federal claims from this suit. Plaintiff refers to the Declaratory Judgment Act, 28 U.S.C. § 2201, but this is not an independent ground for federal jurisdiction. See Vaden v. Discover Bank, 129 S.Ct. 1262, 1278 n.19 (2009).

  As this matter is in a very early stage, the Court declines supplemental jurisdiction over the remaining state law issues. See 28 U.S.C. § 1367(c)(3). The case is REMANDED to the Superior Court of California, County of Ventura.

  IT IS SO ORDERED.